UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JACOB SHALIT,

                Plaintiff,

      - against -

KENNY SCHACHTER and ILONA RICH,

                Defendants.
----------------------------------------X

**O R D E R**

19 Civ. 5971 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed the parties' proposed briefing schedule dated November 25, 2019, which appears to contemplate the filing of six briefs, the Court directs the parties to confer on and submit a four-part briefing schedule agreeable to both sides, in which no more than seventy-five (75) days elapse from the filing of plaintiffs' motion to dismiss to the filing of defendants' reply in support of their cross-motion to dismiss.[1]

      **SO ORDERED.**

Dated:    New York, New York
           December 4, 2019

                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE

---

[1] The Court directs plaintiffs to move first because plaintiffs requested leave to move to dismiss defendants' counterclaims before defendants' did the same for plaintiffs' claims.

1