```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
JACOB SHALIT,

                    Plaintiff,
                                                ORDER
         - against –
                                           19 Civ. 5971 (NRB)
KENNY SCHACHTER and ILONA RICH,

                    Defendants.
---------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

All discovery in this action shall be completed within 120 days of entry of this Order. The parties are ordered to file joint status reports with the Court 60 after entry of this Order and 120 days after entry of this Order.

**SO ORDERED.**

DATED:    New York, New York
          January 22, 2021

                                    _____
                                       NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE