```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
JACOB SHALIT,

                  Plaintiff,                    ORDER

           - against -                          19 Civ. 5971 (NRB)

KENNY SCHACHTER and ILONA RICH,

                  Defendants.
--------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS**, on May 22, 2023, the parties informed this Court that they have reached a settlement in principle;

**WHEREAS**, at an in-person conference on May 23, 2023, the parties entered the broad terms of their settlement agreement on the record;

**WHEREAS** the parties agreed that if the terms of the settlement agreement are not fully performed, plaintiff may file an application to restore this action or move to enforce the settlement agreement by February 29, 2024; it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by February 29, 2024.

DATED:  New York, New York
        May 23, 2023

                                        NAOMI REICE BUCHWALD
                                   UNITED STATES DISTRICT JUDGE